**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION**

**NATHAN BRENNAN, #57737-019**                                          **PETITIONER**

**VS.**                              **CIVIL ACTION NO. 5:08-cv-312-DCB-MTP**

**BRUCE PEARSON, Warden**                                                **RESPONDENT**

## **FINAL JUDGMENT**

This cause is before the Court, *sua sponte*, for consideration of dismissal. Pursuant to the Memorandum Opinion issued this date and incorporated herein by reference, it is hereby,

ORDERED AND ADJUDGED that this cause filed pursuant to 28 U.S.C. § 2241 be dismissed with prejudice as to the jurisdictional issue only, and without prejudice in all other respects.

SO ORDERED AND ADJUDGED, this the   23rd   day of January, 2009.

                                                           s/ David Bramlette
                                                         UNITED STATES DISTRICT JUDGE